IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Abreya Higgins aka Abreya Bailey-Higgins, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>General Revenue Corporation and John Does 1-25<br><br>Defendants. | Civil Action No.: 8:19-cv-01135-GJH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Abreya Higgins aka Abreya Bailey-Higgins and Defendant General Revenue Corporation, by their respective undersigned counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against General Revenue Corporation should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Dated: October 2, 2019                                    Respectfully submitted,

*/s/ Areyh E. Stein*                                              */s/ John L. Kazmierczak*

Areyh E. Stein                                                      John L. Kazmierczak
**MERIDIAN LAW, LLC**                                  **REED SMITH LLP**
600 Reisterstown Road, Suite 700                   20 Stanwix Street, Suite 1200
Baltimore, Maryland 21208                              Pittsburgh, Pennsylvania 15222
(443) 362-6011                                                   (412) 288-2568
(410) 653-9061 (Fax)                                         (412) 288-3063 (Fax)
astein@meridianlawfirm.com                          jkazmierczak@reedsmith.com

*Counsel for Plaintiff*                                         *Counsel for Defendant General Revenue Corporation*

2

APPROVED AND ORDERED BY THE COURT:


_____ on the _____ of October, 2019
The Honorable George Jarrod Hazel
U.S. District Court for the District of Maryland

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed and served via CM/ECF to all counsel of record.

/s/*John L. Kazmierczak*
John L. Kazmierczak